**Dismissed and Opinion Filed April 30, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01236-CR

**ADRIAN HERNANDEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-19-31962**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's Motion to Withdraw Appeal. The motion is signed by appellant and his counsel. We grant the Motion to Withdraw Appeal, and we order the appeal dismissed.

/Robert D. Burns, III/

231236f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ADRIAN HERNANDEZ, Appellant

No. 05-23-01236-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas Trial Court Cause No. F-19-31962. Opinion delivered by Chief Justice Burns. Justices Reichek and Goldstein participating.

      Based on the Court's opinion of this date, appellant's Motion to Withdraw Appeal is **GRANTED** and the appeal is **DISMISSED**.

Judgment entered this 30th day of April, 2024.